BELOTTE & NARDONE, INC., Appellant, v. DUNN GARDEN APARTMENTS, INC., Respondent.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT JOSEPH BISHOP, Appellant.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.